# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 25, 2022

## NO. 03-21-00352-CR

**The State of Texas, Appellant**

**v.**

**William Derek Groves, Appellee**

**APPEAL FROM THE 27TH DISTRICT COURT OF LAMPASAS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from an order granting Groves's motion to suppress evidence signed by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order to suppress evidence. The State shall pay all costs relating to this appeal, both in this Court and in the court below.